| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 9/27/2021 | Estefania Di Mare | Paralegal | Drafted letter for Preservation of Evidence. Sent to client. Advised attorney of the same. | 0.50 | 75.00 |
| 9/27/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Initial consultation with client; discuss her claim(s) what to expect, and review sign-up procedure | 1.00 | 450.00 |
| 9/30/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft Complaint, Summons, and Civil Coversheet for filing | 1.00 | 450.00 |
| 10/1/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Notice of Judicial Assignment (Judge Graham and Magistrate Judge McAliley) | 0.10 | 45.00 |
| 10/1/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of summons issued on Defendant | 0.10 | 45.00 |
| 10/1/2021 | Estefania Di Mare | Paralegal | Received/ revised Summons Issued by clerk and sent to process server for service. Advised attorney. | 0.20 | 30.00 |
| 10/1/2021 | Estefania Di Mare | Paralegal | Drafted letter for client regarding case being filed and emailed to her with a copy of the complaint. Advised attorney. | 0.50 | 75.00 |
| 10/11/2021 | Estefania Di Mare | Paralegal | Drafted email to process server requesting update on service for Summons. Advised attorney of the same. | 0.20 | 30.00 |
| 10/12/2021 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Receipt and review of Affidavit of Service on Defendant | 0.10 | 45.00 |
| 10/13/2021 | Estefania Di Mare | Paralegal | Drafted NOF ROS Affidavit of Summons to be filed. Advised attorney of the same. | 0.30 | 45.00 |
| 10/21/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Notice of Appearance | 0.10 | 35.00 |
| 10/22/2021 | Estefania Di Mare | Paralegal | Drafted letter to client regarding statement of claim filed in her case. Advised attorney of the same. | 0.50 | 75.00 |
| 10/22/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Calculate wages owed to client and draft Statement of Claim. | 1.50 | 525.00 |
| 10/22/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Call with client in preparation to draft Statement of Claim. | 0.30 | 105.00 |
| 10/22/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze Notice of Court Practice in FLSA Cases issued by the Court. | 0.10 | 35.00 |
| 10/25/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft email correspondence to opposing counsel re: statement of claim and demand. | 0.10 | 35.00 |
| 10/25/2021 | Melody Blanco | Email Communication | Sent client preservation letter from employer for their reference | 0.10 | 10.00 |
| 11/2/2021 | Estefania Di Mare | Paralegal | Drafted Certificate of Interested Parties to be filed. Sent to attorney for review. | 0.30 | 45.00 |
| 11/5/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze email correspondence from opposing counsel Chris Duke. | 0.20 | 70.00 |
| 11/9/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze client file and recalculate demand in preparation for call with opposing counsel re: potential settlement. | 0.30 | 105.00 |
| 11/11/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone call with client to obtain authority for settlement. | 0.20 | 70.00 |
| 11/17/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Confidential Settlement Agreement. | 0.70 | 245.00 |
| 11/17/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze Notice of Court Practice Upon Notice of Settlement and Order Closing Case. | 0.10 | 35.00 |
| 12/15/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze revisions made to settlement agreement by opposing counsel. | 0.20 | 70.00 |
| 12/17/2021 | Estefania Di Mare | Paralegal | Drafted email to client regarding settlement agreement and | 0.20 | 30.00 |

| Date | | | | | |
|---|---|---|---|---|---|
| 12/17/2021 | Estefania Di Mare | Paralegal | w9/ w4 forms to be completed. | 0.20 | 30.00 |
| 12/17/2021 | Estefania Di Mare | Paralegal | Drafted email to oc regarding settlement agreement and w9/ w4 forms executed. | 0.20 | 30.00 |
| 12/17/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft joint consent to magistrate jurisdiction. | 0.20 | 70.00 |
| 12/17/2021 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft motion for extension of time to comply with ECF no 15. | 0.20 | 70.00 |

**Services Subtotal: 2,950.00**

## Expenses

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 9/30/2021 | FairLaw Firm | Filing Fee - Federal Court | | 402.00 |
| 10/1/2021 | Miami PSPI, LLC | Service of Process | Sent Summons to be served on 10/1/21. EF | 45.00 |

**Expenses Subtotal:  447.00**

**Notes:**

**Total:  3,397.00**

Please make all amounts payable to: FairLaw Firm. Tax ID No.: 20-1722656.

Payment is due upon receipt.

Thank you for your business.

**Terms and Conditions:**

**Account Summary**

  Trust Account Balance: 0.00

  Operating Account Balance: 0.00