UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-23491-MCALILEY
(CONSENT CASE)

DANIELLA SOSA,

    Plaintiff,

v.

GASTROMED, LLC,

    Defendant.
_____/

# ORDER APPROVING SETTLEMENT
# AND DISMISSING CASE

The parties reached a settlement of this FLSA action, and they filed a Joint Motion to Approve Settlement and Dismissal with Prejudice (the "Motion"). (ECF No. 20).

The FLSA requires the Court to determine whether the parties' compromise is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). This includes a finding that the amount of the settlement that is designated as fees for Plaintiff's counsel is reasonable. *Silva v. Miller*, 307 F. App'x 349, 351 (11th Cir. 2009).

The parties filed a copy of their final executed settlement agreement, which I reviewed. The settlement agreement provides that Defendant will pay Plaintiff $3,000 in unpaid wages and $3,000 in liquidated damages, for a total payment of $6,000. (ECF No. 17 at 1). Plaintiff previously filed a Statement of Claim wherein she asserted entitlement to $8,719 in unpaid wages. (ECF No. 7). Having carefully reviewed the Motion, settlement

agreement, Statement of Claim and pertinent portions of the record, the Court finds that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc.*, 679 F.2d at 1353.

The settlement agreement also provides that Defendants will pay Plaintiff's counsel $3,000 as compensation for Plaintiff's attorneys' fees and costs.[1] (ECF No. 17 at 1). Plaintiff's counsel filed his billing records, (ECF No. 20-1), which reflect that counsel has reduced his fees to the sum he will receive from Defendant. The record supports the finding counsel has reasonably incurred at least $2,553 in attorney's fees. The amount of costs are also typical for costs in FLSA lawsuits. I therefore find that the amount of the settlement allocated to Plaintiff's counsel for fees and costs is reasonable.

Accordingly, the Court hereby **APPROVES** the parties' Settlement Agreement, **ORDERS** that this action is **DISMISSED WITH PREJUDICE** and instructs the Clerk of Court to **CLOSE** this case. The Court retains jurisdiction to enforce the provisions of the Settlement Agreement for **thirty (30) days** from the date of this Order.

DONE AND ORDERED in Miami, Florida, this 12th day of January 2022.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record

---

[1] This total is comprised of $2,553 in attorneys' fees and $447 in costs. (ECF No. 17 at 1).